UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
July 21, 2016
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

SHELLBY MOORE,

Defendant.

Case No. 2:16-mj-00129-KJN

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  SHELLBY MOORE ,

Case No.  2:16-mj-00129-KJN   from custody for the following reasons:

   **X**   Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

_____ Unsecured Appearance Bond $ _____

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

   **X**   (Other): Release delayed until 9:00 AM on 7/22/2016 to Pretrial Services.

Issued at Sacramento, California on July 21, 2016 at _____

By: _____

Magistrate Judge Carolyn K. Delaney